IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER MYERS,

        Plaintiff,                    No. CIV S-09-1902 KJM P

   vs.

C/O SIVONGXAY, et al.,

        Defendants.          ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and has consented to the jurisdiction of the magistrate judge. By order filed January 14, 2010, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: April 2, 2010.

                                            U.S. MAGISTRATE JUDGE

myer1902.fta

1